UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CRISTOBAL GOMEZ-CORTES,<br>Petitioner,<br>v.<br>BRUCE SCOTT, *et al.*,<br>Respondents. | CASE NO. 2:26-cv-03063-GJL<br><br>ORDER DIRECTING SUPPLEMENTAL FILING |

Petitioner Cristobal Gomez-Cortes is currently detained at the Northwest Immigration and Customs Enforcement Processing Center.[1] On August 27, 2026, Petitioner, through counsel, filed a Petition for writ of habeas corpus challenging his immigration bond proceedings and seeking immediate release. Dkt. 1. The Petition is fully briefed. Dkt. 1, 5, 10.

Upon review of the Parties' submissions thus far and the governing law, the Court finds that additional information concerning Petitioner's bond proceedings would aid the Court in reaching a final determination in this case.[2]

[1] The Parties have consented to proceed in this matter before a United States Magistrate Judge. Dkt. 3.

[2] Nothing in this Order resolves the Parties' arguments concerning exhaustion or the merits of Petitioner's request for habeas relief.

Accordingly, on or before **October 20, 2026**, Respondents are **DIRECTED** to **FILE**:

1. Any neutral contemporaneous record of Petitioner's bond proceedings, including any audio recording or transcript of the bond hearing. If no such record is available, Respondents **SHALL** file a declaration stating why it is unavailable; and

2. Any written bond memorandum issued by the Immigration Judge concerning Petitioner's bond proceedings. If no written bond memorandum is available, Respondents **SHALL** file a declaration stating why it is unavailable.

Finally, the Clerk of Court is **DIRECTED** to **RENOTE** this matter for consideration on **October 20, 2026**.

Dated this 6th day of October, 2026.

Grady J. Leupold
United States Magistrate Judge